**DNA Processing Required.  10 U.S.C. § 1565**

GCMO No. 5, 19 June 2014, was the last GCMO of this headquarters published in FY14.

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE WARFARE CENTER (ACC)
NELLIS AIR FORCE BASE, NEVADA 89191-6505

General Court-Martial Order                                       15 September 2015
No. 1

AIRMAN FIRST CLASS JOSHUA A. ARNOLD, 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, United States Air Force, 422d Test and Evaluation Squadron, was arraigned at Nellis Air Force Base, Nevada, on the following offense at a court-martial convened by this headquarters.

CHARGE: Article 134.  Plea: G.  Finding: G.

Specification:  Did, at or near Nellis Air Force Base, Nevada, between on or about 29 June 2014 and on or about 22 September 2014, knowingly and wrongfully possess child pornography, to wit: visual depictions of minors engaging in sexually explicit conduct, such conduct being of a nature to bring discredit upon the armed forces.  Plea: G.  Finding: G.

## SENTENCE

Sentence adjudged by military judge on 31 July 2015:  Reduction to E-1, forfeiture all pay and allowances, confinement for 16 months, and a dishonorable discharge.

38897

ACTION

In the case of AIRMAN FIRST CLASS JOSHUA A. ARNOLD, 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, United States Air Force, 422d Test and Evaluation Squadron (ACC), the sentence is approved and, except for the dishonorable discharge, will be executed. The Air Force Corrections System is designated for the purpose of confinement, and the confinement will be served therein or elsewhere as directed by Headquarters Air Force Security Forces Center, Corrections Division. Unless competent authority otherwise directs, upon completion of the sentence to confinement, AIRMAN BASIC JOSHUA A. ARNOLD, will be required under Article 76a, UCMJ, to take leave pending completion of appellate review.

JAY B. SILVERIA
Major General, USAF
Commander

FOR THE COMMANDER

MATTHEW D. BURRIS, Lt Col, USAF
Acting Staff Judge Advocate

DISTRIBUTION:
1 – AB Joshua A. Arnold (Accused), 7101 Smoke Ranch Road, Apartment 2065, Las Vegas, NV 89128
1 – Lt Col Lyndell M. Powell (MJ), 100 Joe Jackson Boulevard, McChord AFB, WA 98438
1 – Capt Veronica E. Bath (TC), USAFWC/JA, 4428 England Avenue, Building 18, Nellis Air Force Base, NV 89191
1 – Capt John M. Cane (ATC), USAFWC/JA, 4428 England Avenue, Building 18, Nellis Air Force Base, NV 89191
1 – Capt David L. Fox (DC), 351 Kearny Boulevard, Ste 202, Goodfellow AFB, TX 76908

**Personal Data-Privacy Act of 1974 (5 U.S.C. 522a)**

1 – USAFWC/CC, 4370 North Washington Boulevard, Nellis Air Force Base, NV 891911
1 – 422 TES/CC, 6257 Beale Ave, Bldg 878, Nellis Air Force Base, NV 89191
1 – 99 ABW/CC, 4430 Grissom Avenue, Suite 101, Nellis Air Force Base, NV 89191
1 – Detachment 2 Security Forces, 1050 Remount Road, Building 3107, NAVCONBRIG Charleston, SC 29406
2 – 99 CPTS/Special Actions, 4420 Grissom Avenue, Nellis Air Force Base, NV 89191
4 – 99 ABS/FSMPS/FSMPD/FSMPM, 4475 England Avenue, Nellis Air Force Base, NV 89191
1 – USAFWC/JA, 4428 England Avenue, Building 18, Nellis Air Force Base, NV 89191
1 – AFOSI Det 206, 6100 McGough Parkway, Nellis Air Force Base, NV 89191
7 – AFLOA/JAJM, 1500 West Perimeter Road, Suite 1130, Joint Base Andrews NAF, Washington, MD 20762
1 – HQ AFSFC/SFC, 1517 Billy Mitchell Boulevard, Building 954, JBSA-Lackland TX, 78236
1 – AFC&PB, SAF Personnel Council, 1500 West Perimeter Road, Suite 3700, Joint Base Andrews NAF, Washington, MD 20762
1 – HQ AFPC/DPSIZ, 550 C Street West, JBSA-Randolph, TX 78150
1 – HQ AFPC/DPSIR, 550 C Street West, JBSA-Randolph, TX 78150
1 – DFAS/IN-D&CM, 8899 East 56th Street, Indianapolis, IN 46249
1 – DFAS/IN-JFLTBA, (Dept 3300), 8899 East 56th Street, Indianapolis, IN 46249
1 – AFCAF/PSA, 600 10th Street, Suite 360, Fort Meade, MD 20755
1 – AFDW/JAJR, 1500 West Perimeter Road, Suite 5770, Joint Base Andrews NAF, Washington, MD 20762
1 – U.S. Army Criminal Investigations Laboratory, ATTN: CODIS Lab, 4930 North 31st Street, Forest Park, GA 30297